**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**June 21, 2006**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 04-41750
Conference Calendar

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JUAN MISAEL VERGARA-GONZALEZ,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:04-CR-879-ALL
--------------------

Before STEWART, DENNIS, and OWEN, Circuit Judges.

PER CURIAM:[*]

    The Federal Public Defender, appointed to represent Juan Misael Vergara-Gonzalez (Vergara-Gonzalez) on appeal, has requested leave to withdraw and has filed a brief as required by Anders v. California, 386 U.S. 738 (1967).  Vergara-Gonzalez has not filed a response to counsel's motion.  Our independent review of the brief and the record discloses no nonfrivolous issues for appeal.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  See 5TH CIR. R. 42.2.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.